**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
DIANA BABAYEVA,

                Plaintiff,

    v.

HALSTEAD MANAGEMENT COMPANY,
LLC, d/b/a HALTEAD, PENMARK
MANAGMENET LLC, PENMARK REALTY
CORPORATION, and TERRA HOLDINGS,
LLC,

                Defendants.
---------------------------------------------------------------X

Civil Action No. 16-cv-03794
(RA)(KNF)

**NOTICE OF CROSS-MOTION FOR SUMMARY JUDGMENT**

**PLEASE TAKE NOTICE** that, upon Plaintiff's Memorandum of Law in Opposition to Defendants Penmark Realty Corporation's and Terra Holdings, LLC's Motion for Summary Judgment and in Support of Plaintiff's Cross-Motion for Summary Judgment; the accompanying Counter-Statement of Facts Pursuant to Local Rule 56.1; and the Declaration of Lawrence M. Pearson ,and exhibits attached thereto, Plaintiff Diana Babayeva moves this Court, before the Honorable Ronnie Abrams, United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and time to be designated by the Court, for an Order, pursuant to Fed. R. Civ. P. 56, granting Plaintiff's Cross-Motion for Summary Judgment and denying Defendants Penmark Realty Corporation's and Terra Holdings, LLC's Motion for Summary Judgment in its entirety, and for such other relief as the Court may deem just and proper.

Dated: June 30, 2017
      New York, New York         Respectfully submitted,

                                            **WIGDOR LLP**

                                            By: _____
                                                Lawrence M. Pearson
                                                Tanvir H. Rahman

                                            85 Fifth Avenue
                                            New York, NY 10003
                                            Telephone: (212) 257-6800
                                            lpearson@wigdorlaw.com
                                            trahman@wigdorlaw.com

                                            *Attorneys for Plaintiff*